**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Enrike Garza et al., | NO. C 07-02092 JW |
| Plaintiffs, | **ORDER VACATING HEARING** |
| v. | |
| Mission Foods, Inc. et al., | |
| Defendant. | |

The Court finds Defendant's Motion to Dismiss the First and Third Causes of Action appropriate for submission on the papers without oral arguments. See Civ. L.R. 7-1(b). Accordingly, the hearing on **November 5, 2007** is VACATED.

Dated: November 1, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Mitchell Jacobs bjacobs@akingump.com
Gregory S. C. Huffman gregory.huffman@tklaw.com
Jeremy Fine Bollinger jbollinger@akingump.com
Stanley G. Hilton FROG727@AOL.COM

**Dated:   November 1, 2007**               **Richard W. Wieking, Clerk**

                                            **By:  /s/ JW Chambers**
                                                   **Elizabeth Garcia**
                                                   **Courtroom Deputy**