IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Enrike Garza, et al., | No. C 07-02092 JW |
| Plaintiffs, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Gruma Corp., d.b.a. Mission Foods, | |
| Defendant. | |

The Court conducted a Case Management Conference on April 14, 2008. Counsel for the respective parties were present. At the conference, Defendant notified the Court that it had recently filed a motion to dismiss Plaintiffs' third cause of action for alleged violation of RICO. (See Docket Item No. 29.) Since Defendant does not move to dismiss Plaintiffs' first and second causes of action for fraud and breach of contract, the parties shall be permitted to conduct discovery with regard to these claims. Plaintiffs may not conduct discovery with regard to their RICO claim. All disclosure or discovery disputes are referred to the assigned Magistrate Judge.

The Court sets a further Case Management Conference for **June 23, 2008 at 10 a.m.** to coincide with the hearing on Defendant's motion to dismiss the RICO claim. The parties shall file a Joint Case Management Statement on or before **June 13, 2008.**

Dated: May 7, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Mitchell Jacobs bjacobs@akingump.com
Gregory S. C. Huffman gregory.huffman@tklaw.com
Jeremy Fine Bollinger jbollinger@akingump.com
Stanley G. Hilton FROG727@AOL.COM

**Dated: May 7, 2008**                                             **Richard W. Wieking, Clerk**

                                                                   **By: /s/ JW Chambers**
                                                                        **Elizabeth Garcia**
                                                                        **Courtroom Deputy**

2