1  STANLEY G. HILTON (SBN 065990)
   **LAW OFFICES OF STANLEY G. HILTON**
2  2570 North First Street, Suite 200
   San Jose, California 95131
3  Telephone:      408-835-7521
   Facsimile:      408-273-4693
4
   Attorney for Plaintiffs
5  ENRIKE GARZA and RAFAEL GUERRERO

6

7  R.D. KIRWAN (SBN 46259)
   BRUCE JACOBS (SBN 194114)
   JEREMY F. BOLLINGER (SBN 240132)
8  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   2029 Century Park East, Suite 2400
9  Los Angeles, California 90067-3012
   Telephone:      310-229-1000
10 Facsimile:      310-229-1001

11 **THOMPSON & KNIGHT LLP**
   GREGORY HUFFMAN
12 1700 Pacific Avenue, Suite 3300
   Dallas, Texas 75202
13 Telephone:      214-969-1700
   Facsimile:      214-969-1751
14 Email:          Gregory.Huffman@tklaw.com
       Admitted *Pro Hac Vice*
15
   Attorneys for Defendant
16 GRUMA CORPORATION

17
                     UNITED STATES DISTRICT COURT
18
                     NORTHERN DISTRICT OF CALIFORNIA
19
                            SAN JOSE DIVISION
20

| ENRIKE GARZA, RAFAEL GUERRERO, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MISSION FOODS INC., DBA GRUMA CORPORATION, a Texas Corporation,<br><br>Defendants. | Case No. C-07-02092 JW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE PRIVATE MEDIATION**<br><br>Courtroom:         8<br><br>Complaint Filed:   April 13, 2007<br>Trial Date:        None Set |
|---|---|

Plaintiffs Enrike Garza and Rafael Guerrero ("Plaintiffs") and Defendant Gruma Corporation ("Gruma") (collectively the "Parties"), by and through their respective counsel, hereby stipulate to the following:

## JOINT STIPULATION

WHEREAS, the Parties conducted a Further ADR Phone Conference on October 20, 2008 during which the Parties mutually agreed to engage as mediator Judge William Martin, Ret., of JAMS ("mediator");

WHEREAS, Gruma Corporation agreed to advance the mediator's fee, subject to the following conditions:

a. If the case settles, plaintiffs will pay one-half of the mediator's fee;
b. Plaintiffs' one-half of the mediator's fee will be deducted from the amount of the final settlement;
c. If the case does not settle and either goes to trial or ends for any reason other than settlement, then Gruma Corporation will pay the mediator's entire fee with no reimbursement from plaintiffs.

WHEREAS, Mr. Hilton, counsel for plaintiffs, is leaving the country on a two-week trip on October 22, 2008;

WHEREAS, the Parties agree to engage Judge Martin and set a mediation date after Mr. Hilton returns to the United States and contacts counsel for defendant Gruma Corporation;

**NOW THEREFORE,**

The Parties, acting by and through their counsel of record, stipulate and agree that the case be referred to Judge William Martin, Ret., of JAMS for private mediation.

Dated: October 21, 2008        LAW OFFICES OF STANLEY G. HILTON
                                Stanley G. Hilton

                                By _____/s/Stanley G. Hilton_____
                                        Stanley G. Hilton
                                Attorney for Plaintiffs ENRIKE GARZA and
                                        RAFAEL GUERRERO

6298424

Joint Stipulation and [Proposed] Order re Private Mediation                    C-07-02092 JW

1

| | |
|---|---|
| 1  Dated: October 21, 2008 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 2 | R.D. Kirwan<br>Bruce Jacobs |
| 3 | Jeremy F. Bollinger |
| 4 | By  /s/R.D. Kirwan |
| 5 | R.D. Kirwan<br>Attorneys for Defendant |
| 6 | GRUMA CORPORATION |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October 24 , 2008

_____
The Honorable James Ware
United States District Court Judge