| | |
|---|---|
| 1 | STANLEY G. HILTON (SBN 065990) |
|   | **LAW OFFICES OF STANLEY G. HILTON** |
| 2 | 2570 North First Street, Suite 200 |
|   | San Jose, California 95131 |
| 3 | Telephone:    408-835-7521 |
|   | Facsimile:    408-273-4693 |
| 4 | |
|   | Attorney for Plaintiffs |
| 5 | ENRIKE GARZA and RAFAEL GUERRERO |
| 6 | |
| 7 | R.D. KIRWAN (SBN 46259) |
|   | BRUCE JACOBS (SBN 194114) |
|   | JEREMY F. BOLLINGER (SBN 240132) |
| 8 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
|   | 2029 Century Park East, Suite 2400 |
| 9 | Los Angeles, California 90067-3012 |
|   | Telephone:    310-229-1000 |
| 10| Facsimile:    310-229-1001 |
| 11| **THOMPSON & KNIGHT LLP** |
|   | GREGORY HUFFMAN |
| 12| 1700 Pacific Avenue, Suite 3300 |
|   | Dallas, Texas 75202 |
| 13| Telephone:    214-969-1700 |
|   | Facsimile:    214-969-1751 |
| 14| Email:         Gregory.Huffman@tklaw.com |
|   |     Admitted *Pro Hac Vice* |
| 15| |
|   | Attorneys for Defendant |
| 16| GRUMA CORPORATION |

**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENRIKE GARZA, RAFAEL GUERRERO, and all others similarly situated, | Case No. C-07-02092 JW |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND PRETRIAL DEADLINES** |
| v. | |
| MISSION FOODS INC., DBA GRUMA CORPORATION, a Texas Corporation, | Courtroom:  8 |
| Defendants. | Complaint Filed:  April 13, 2007 |
|  | Trial Date:  None Set |

6326601
[Proposed] Order Granting Joint Stipulation to Extend Pretrial Deadlines                C-07-02092 JW

## [PROPOSED] ORDER

In light of the parties' Stipulation, the Court finds good cause to provide a brief extension of the current case schedule. However, because this case has been pending since 2007, the Court will only grant the parties a 30 day extension. The parties shall work in good faith to bring this case to a close within the time frame as provided below:

1) The parties are ordered to attend the mediation on March 18, 2009;

2) The preliminary pretrial conference is extended from March 16, 2009 to **April 20, 2009 at 11 a.m.**;

3) The preliminary pretrial conference Statement shall be filed on or before **April 10, 2009**;
4) The close of all discovery is extended from April 6, 2009 to **May 11, 2009**;
5) The last date for hearing dispositive motions is extended to **June 29, 2009**.

Dated: February 3, 2009

_____
The Honorable James Ware
United States District Court Judge