IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Erike Garza, et al., | NO. C 07-02092 JW |
|         Plaintiffs, | **JUDGMENT** |
|    v. | |
| Gruma Corp., | |
|         Defendant. | |

Pursuant to the Court's July 16, 2009 Order Denying Plaintiffs' Motion for Class Certification and Granting Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendant Gruma Corporation, d.b.a., Mission Foods Corp., against Plaintiffs Enrike Garza and Rafael Guerrero.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: July 16, 2009

                                                JAMES WARE
                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Mitchell Jacobs bjacobs@akingump.com
Gregory S. C. Huffman gregory.huffman@tklaw.com
Jeremy Fine Bollinger jbollinger@akingump.com
R. Dewitt Kirwan rkirwan@akingump.com
Stanley G. Hilton FROG727@AOL.COM

Dated: July 16, 2009                                Richard W. Wieking, Clerk

                                                    By:     /s/ JW Chambers
                                                        Elizabeth Garcia
                                                        Courtroom Deputy